# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Altman, Roy K. | U.S. District Court, Southern District of Florida | 08/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Federal Building and Courthouse
400 North Miami Avenue
Chambers 12-4
Miami, Florida 33132

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | AEI Enterprise Club National Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2020 | Podhurst Orsek, former law firm, agreed to pay up to 10% of incoming contingency fees for cases on which I performed substantial work while I was at the firm |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | United States Judges | $208,419.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Biscayne Bay Waterkeeper ▮ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage on Rental Property, Miami-Dade County, Florida, Part VII, Line1 | O |
| 2. NELNET Loan Services | Student Loan | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Rental Property, Miami, Miami-Dade County, Florida | B | Rent | | | Sold | 01/15/20 | P1 | G | John Millardf IV |
| 2.  Trust dtd 1/11/11 | | None | | | | | | | |
| 3.  Bank of America Sweep Account | A | Interest | O | T | | | | | |
| 4.  Abbott Labs - Common Stock | A | Dividend | K | T | | | | | |
| 5.  Abbvie Inc. - Common Stocl | B | Dividend | K | T | | | | | |
| 6.  Automatic Data Proc. - Common Stock | B | Dividend | L | T | | | | | |
| 7.  Bank New York Mellon - Common Stock | B | Dividend | L | T | | | | | |
| 8.  Boeing Company - Common Stock | B | Dividend | | | Sold | 07/30/20 | J | A | |
| 9.  Cisco Systems Inc. - Common Stock | B | Dividend | K | T | | | | | |
| 10.  Deere Co | A | Dividend | | | Sold | 04/16/20 | J | B | |
| 11.  Diageo PLC SPSD ADR New | A | Dividend | K | T | | | | | |
| 12.  Dover - Common Stock | A | Dividend | K | T | | | | | |
| 13.  Embraer SA SponSRD ADR | B | Dividend | K | T | | | | | |
| 14.  Emerson electric Co. - Common Stock | B | Dividend | L | T | | | | | |
| 15.  General Electric - Common Stock | A | Dividend | J | T | | | | | |
| 16.  Illinois Tool Works - Common Stock | B | Dividend | L | T | | | | | |
| 17.  Intel Works - Common Stock | B | Dividend | L | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Johnson & Johnson - Common Stock | B | Dividend | L | T | | | | | |
| 19. | Kimberly Clark - Common Stock | B | Dividend | L | T | | | | | |
| 20. | McDonalds Corp - Common Stock | C | Dividend | M | T | | | | | |
| 21. | Pepsico Inc. - Common stock | B | Dividend | K | T | | | | | |
| 22. | Proctor & Gamble Co. - Common Stock | B | Dividend | K | T | | | | | |
| 23. | Reckitt Benckiser Group | A | Dividend | K | T | | | | | |
| 24. | Unikever PLC New ADR | B | Dividend | K | U | | | | | |
| 25. | United Techs Corp. - Common Stock | B | Dividend | | | Sold | 10/08/20 | J | A | |
| 26. | Wabtec - Common Stock | A | Dividend | J | T | | | | | |
| 27. | Waste Management Inc. - Common Stock | B | Dividend | L | T | | | | | |
| 28. | Zoetis Inc. - Common Stock | A | Dividend | M | T | | | | | |
| 29. | Amazon - Common Stock | A | Dividend | L | T | | | | | |
| 30. | Apple Inc. - Common Sotck | D | Dividend | O | T | | | | | |
| 31. | Chipolte Mexican Grill - Common Stock | A | Dividend | L | T | | | | | |
| 32. | Facebook Inc. - Common Stock | B | Dividend | M | T | | | | | |
| 33. | Johnson & Johnson | B | Dividend | K | T | | | | | |
| 34. | JP Morgan | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. McDonald Corp | B | Dividend | L | T | | | | | |
| 36. Netflix - Common Stock | A | Dividend | K | T | | | | | |
| 37. Oracle Corp. | A | Dividend | K | T | | | | | |
| 38. Starbucks Corp - Common Stock | B | Dividend | L | T | | | | | |
| 39. Union Pacific | B | Dividend | M | T | | | | | |
| 40. 3M Company - Common Stock | B | Dividend | L | T | | | | | |
| 41. American Cap Inc BLDR - Mutual Fund | D | Distribution | M | T | | | | | |
| 42. Calvert Global Water - Mutual Fund | A | Distribution | M | T | | | | | |
| 43. Invesco QQQ TR Series 1 - Mutual Fund | A | Distribution | K | T | | | | | |
| 44. SPDR Dow Jones Industrial Average - Mutual Fund | A | Distribution | J | T | | | | | |
| 45. Apergey Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 46. Kraft - Common Stock | A | Dividend | K | T | | | | A | |
| 47. American /New World Fund - Mutual Fund | A | Distribution | J | T | | | | | |
| 48. Metlife, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 49. IRA | | None | | | | | | | |
| 50. Charles Schwab Sweep Account | A | Interest | J | T | | | | | |
| 51. Berkshire Hathaway - Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | IShares Core S&P 500 - ETF | A | Dividend | J | T | | | | | |
| 53. | IShares Core US Aggregate Bond ETF | A | Dividend | J | T | | | | | |
| 54. | IShares MSCI EAFE - ETF | A | Dividend | J | T | | | | | |
| 55. | IShare North American Natural Resou - ETF | A | Dividend | J | T | | | | | |
| 56. | Vangaurd FTSE Emerging Markets - ETF | A | Dividend | J | T | | | | | |
| 57. | Vanguard Real Estate - ETF | A | Dividend | J | T | | | | | |
| 58. | Vanguard Small Cap - ETF | A | Dividend | J | T | | | | | |
| 59. | IRA Rollover | | None | | | | | | | |
| 60. | Berkshire Hathway - Common Stock | A | Dividend | K | T | | | | | |
| 61. | Deere & Co. - Common Sotck | A | Dividend | | | Sold | 08/28/20 | J | A | |
| 62. | Freeport McMoran | A | Dividend | J | T | | | | | |
| 63. | Home Depot | A | Dividend | J | T | | | | | |
| 64. | IBM Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 65. | JP Morgan Chase & Co. - Common Stock | A | Dividend | K | T | | | | | |
| 66. | Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 67. | Mastercard, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 68. | Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Paypal Holdings, INc. - Common Stock | A | Dividend | K | T | | | | | |
| 70. Pepsico, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 71. Pilips 66 | A | Dividend | J | T | | | | | |
| 72. Southern Co. - Common Stock | A | Dividend | J | T | | | | | |
| 73. The Coca Cola Co. - Common Stock | A | Dividend | | | Sold | 01/10/20 | K | A | |
| 74. The Goldman Sachs Co. - Common Stock | A | Dividend | K | T | | | | | |
| 75. United Technologies, Inc. - Common Stock | A | Dividend | | | Sold | 06/11/20 | J | | |
| 76. Verizon Communications - Common Stock | A | Dividend | J | T | | | | | |
| 77. Trust DT1\11\11 (CS) | | None | | | | | | | |
| 78. Charles Schwab - Sweep Account | A | Interest | K | T | | | | | |
| 79. Apple, Inc - Common Stock | A | Dividend | L | T | | | | | |
| 80. Berkshire Hathway - Common Stock | A | Dividend | L | T | | | | | |
| 81. Bristol Myers Squibb - Common Stock | A | Dividend | L | T | | | | | |
| 82. Catapillar, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 83. Chevron Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 84. Cracker Barrel Old Count - Common Stock | A | Dividend | K | T | | | | | |
| 85. Deere & Co. - Common Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Freeport McMoran | A | Dividend | J | T | | | | | |
| 87. IBM Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 88. Intel Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 89. JP Morgan - Common Stock | A | Dividend | K | T | | | | | |
| 90. Johnson & Johnson - Common Stock | A | Dividend | K | T | | | | | |
| 91. Mastercard, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 92. Microsoft Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 93. Paypal Holdings Inc. - Common Stock | A | Dividend | L | T | | | | | |
| 94. Raytheon Technologies | A | Dividend | J | T | | | | | |
| 95. Pepsico, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 96. Southern Co. - Common Stock | A | Dividend | K | T | | | | | |
| 97. SPDR S&P Midcap | A | Dividend | L | T | | | | | |
| 98. United Technologies - Common Stock | A | Dividend | J | T | | | | | |
| 99. Verizon Communicatins - Common Stock | A | Dividend | J | T | | | | | |
| 100. Trust DTD 10\01\18 | | None | | | | | | | |
| 101. Charles Schwab Sweep Account | A | Interest | M | T | | | | | |
| 102. Amazon | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Altman, Roy K.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Apple, Inc. - Common Stock | C | Dividend | M | T | | | | | |
| 104. Auto Data Processing | A | Dividend | K | T | | | | | |
| 105. Berkshire hathaway, Inc. - Common Stock | A | Dividend | L | T | | | | | |
| 106. Boeing Co. - Common Stock | A | Dividend | J | T | | | | | |
| 107. Bank of America | A | Dividend | J | T | | | | | |
| 108. Birkshire Hathaway | B | Dividend | J | T | | | | | |
| 109. Bristol Myers Squibb - Common Stock | A | Dividend | K | T | | | | | |
| 110. Catapillar, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 111. Chevron Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 112. Costco Wholesale Co. - Common Stock | A | Dividend | K | T | | | | | |
| 113. Deere & Co. - Common Stock | A | Dividend | K | T | | | | | |
| 114. Duke EnergyCorp. - Common Stock | A | Dividend | K | T | | | | | |
| 115. Emerson Electric Co. - Common Stock | A | Dividend | K | T | | | | | |
| 116. Exxon Mobil Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 117. Freeport McMoran | A | Dividend | J | T | | | | | |
| 118. FRP Holdings, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 119. Home Depot | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Altman, Roy K.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  IBM Corp. - Common Stock | B | Dividend | K | T | | | | | |
| 121.  Intel Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 122.  JP Morgan Chase & Co. - Common Stock | A | Dividend | K | T | | | | | |
| 123.  Johnson & Johnson - Common Stock | B | Dividend | K | T | | | | | |
| 124.  Kimberly Clarke | A | Dividend | J | T | | | | | |
| 125.  Lockhead Martin Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 126.  Mastercard, Inc. - Common Stock | A | Dividend | L | T | | | | | |
| 127.  McDonalds Corp. - Common Sotck | A | Dividend | K | T | | | | | |
| 128.  Merck | B | Dividend | K | T | | | | | |
| 129.  Metlife, INc. - Common Stock | A | Dividend | J | T | | | | | |
| 130.  Microsoft Corp. - Common Stock | A | Dividend | L | T | | | | | |
| 131.  Morgan Stanley - Preferred Stock | A | Dividend | J | T | | | | | |
| 132.  Paypal Holdings, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 133.  Pepsico, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 134.  Phillips, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 135.  Raytheon | A | Dividend | K | T | | | | | |
| 136.  Southern Co. - Pfd | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  The Goldman Sachs - Pfd | A | Int./Div. | J | T | | | | | |
| 138.  The Goldman Sachs - Common Stock | A | Int./Div. | J | T | | | | | |
| 139.  United Technologies - Common Stock | A | Dividend | K | T | | | | | |
| 140.  Verizon Communicatins - Common Stock | B | Dividend | K | T | | | | | |
| 141.  Vulcan Materials - Common Stock | A | Dividend | L | T | | | | | |
| 142.  ▒ | | None | | | | | | | |
| 143.  Watermark Partners Fund IV LLC | A | Distribution | J | V | | | | | |
| 144.  ▒ Account (CS) | | None | | | | | | | |
| 145.  Aggressive Track: 95% Equity Portfolio | B | Dividend | L | T | | | | | |
| 146.  Moderately Aggresive Track 80% Equity | A | Dividend | K | T | | | | | |
| 147.  Moderate Track 80% Equity Portfolio | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Valuation Method Ussed for the Watermark Partners Fund IV
The Valuation method used for Watermark Partners Fund IV LLC is the capital account as listed on the 2020 Form K-1.

| Name of Person Reporting | Date of Report |
|---|---|
| Altman, Roy K. | 08/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Roy K. Altman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544